**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

**v.**                                                   **Case Number 2:22-cr-117(6)**
                                                          **Judge Edmund A. Sargus, Jr.**

**TYLER N. BOURDO,**
          **Defendant.**

# Sentencing
## Monday, March 3, 2025
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Tim Prichard and Emily Czerniejewski
For Defendant: Rasheeda Khan and Todd Long
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

Victim impact statement read by Kristin Burris.
Victim impact statement read by AUSA Czerniejewski on behalf of Rhonda Burris.

The defendant is sentenced as follows:
300 months imprisonment on counts 1, 2 and 3 to run concurrently.
10 years supervised release on counts 1, 2 and 3 to run concurrently.
$300 special assessment.
Restitution Ordered.
Forfeiture Ordered.